Michael Zoldan; AZ Bar No. 028128
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff
Linda Stuart-Davis

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Linda Stuart-Davis**; an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**PopHealthcare LLC**, an Arizona Limited Liability Company,<br><br>Defendant. | Case No. CV-18-03154-PHX-SRB<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. Susan R. Bolton)** |

The parties hereby notify the Court that the parties have settled this case and are finalizing the formal settlement documents. The parties will submit a stipulation to dismiss with prejudice and proposed order once the settlement documents are executed.

RESPECTFULLY SUBMITTED September 3, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jessica Miller
   14500 N. Northsight Blvd. Suite 133
   Scottsdale, AZ 85260
   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke